# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000  |  Fax: 866-936-6113

Account Statement

Prepared for Peter Malik

Re: Chapter 13

| | |
|---|---:|
| Previous Balance | $(881.00) |
| Current Charges | $4,963.97 |
| New Balance | $4,082.97 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $(881.00) |
| Now Due | $4,082.97 |
| Trust Account | $0.00 |

# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000   |   Fax: 866-936-6113

## INVOICE

Peter Malik
39953 Butternut Ridge Road
Elyria, Oh 44035

Invoice Date: March 09, 2016
Invoice Number: 12162
Invoice Amount: $4,963.97

## Matter: Chapter 13

**Attorney's Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/29/2015 | Consultation for chapter 13 bankruptcy; new agreement | W.J.B. | 1.20 | $360.00 |
| 10/30/2015 | open client file, best case, scanned docs, research ct docket, prior BK research, etc. | D.G.E. | .50 | $32.50 |
| 10/30/2015 | received 11 page fax; half completed questionnaire, auto titles | D.G.E. | .30 | $19.50 |
| 10/30/2015 | received fax of 75 pages, all bank stmts, POI | D.G.E. | .30 | $19.50 |
| 11/3/2015 | fax received; 1 pgs;  Dodge Title, Paystubs through July | D.G.E. | .30 | $19.50 |
| 11/4/2015 | Email to Sarah of missing documents | D.G.E. | .40 | $26.00 |
| 11/9/2015 | PC from Sarah regarding the status of her case.  I am waiting on docs from her. | D.G.E. | .30 | $19.50 |
| 11/9/2015 | received via em one paystub for peter dated 11-6-15 | D.G.E. | .10 | $6.50 |
| 11/9/2015 | received both CCC | D.G.E. | .10 | $6.50 |
| 11/11/2015 | em received one paystub for Peter | D.G.E. | .10 | $6.50 |
| 11/11/2015 | em to Sarah of missing documents | D.G.E. | .50 | $32.50 |
| 11/11/2015 | received em of one bank stmt for Go Bank (8190) | D.G.E. | .10 | $6.50 |
| 11/11/2015 | received via em  pay pal October stmt | D.G.E. | .10 | $6.50 |
| 11/11/2015 | received 6 paystubs for Peter via em dated 10-2-15 thru 11-6-15 | D.G.E. | .10 | $6.50 |
| 11/11/2015 | received oct paystubs for husband and oct stmt for paypal.  Receiving documents in pieces and parts. Slow process receiving required documents. | D.G.E. | .40 | $26.00 |
| 11/12/2015 | created P/L for EBay business. Went through each stmt figuring out income vs expenses. | D.G.E. | 2.00 | $130.00 |
| 11/12/2015 | fax received (16pgs)  2013 W2s, IRS Billing Stmt, Sept stmt for Go Bank 9626 | D.G.E. | .30 | $19.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 11/12/2015 | received fax of 74 pages; pers stmt, 2013 tax returns, 2014 W2s, 2014 fed only Peter, and a bunch of duplicate pay and banking stmts | D.G.E. | .30 | $19.50 |
| 11/13/2015 | Sarah & I went over the required list of docs. File to Bill to work on the plan | D.G.E. | .40 | $26.00 |
| 11/18/2015 | received peter's current paystub via em | D.G.E. | .10 | $6.50 |
| 11/23/2015 | PC from Sarah, status of filing. I have fowarded the file to Bill to review | D.G.E. | .30 | $19.50 |
| 11/27/2015 | review petition for filing; prepare plan; print documents for signing | W.J.B. | 1.50 | $450.00 |
| 11/29/2015 | signing appointment | W.J.B. | 2.00 | $600.00 |
| 11/30/2015 | prepared fax and faxed to Western/Scott Fetzer Co to stop garnishment order, attached the Notice of filing | D.G.E. | .30 | $19.50 |
| 11/30/2015 | Prepared four suggestion of bk to be filed. | D.G.E. | .60 | $39.00 |
| 11/30/2015 | Per clients request I emailed her the case number | D.G.E. | .10 | $6.50 |
| 11/30/2015 | file chapter 13 petition | W.J.B. | .60 | $180.00 |
| 11/30/2015 | prep and upload pay order | W.J.B. | .30 | $90.00 |
| 12/1/2015 | Mailed Red Ch 13 booklet & NDC booklet to clients | D.G.E. | .10 | $6.50 |
| 12/1/2015 | POC Credit Acceptance | D.G.E. | .10 | No Charge |
| 12/2/2015 | Prepared & Mailed Suggestion of BK to Berea, Elyria & LCCP Court to be filed | D.G.E. | .60 | $39.00 |
| 12/7/2015 | add meeting of creditors to case manager | W.J.B. | .10 | $30.00 |
| 12/7/2015 | Notice of Order To Pay Wages | D.G.E. | .10 | No Charge |
| 12/10/2015 | POC The Huntington National Bank | D.G.E. | .10 | No Charge |
| 12/10/2015 | Notice of Chapter 13 Plan scanned to dropbox | D.G.E. | .10 | No Charge |
| 12/10/2015 | Prepared and mailed 341 Notice | D.G.E. | .10 | $6.50 |
| 12/11/2015 | POC Plaza Services for Buckeye Lending | D.G.E. | .10 | No Charge |
| 12/11/2015 | cf sarah. US Auto killed husband's car for non-payment. called late in afternoon Friday. Suggest she call lender with ch 13 info, and call office to speak to Deb. I was out of office. | W.J.B. | .20 | $60.00 |
| 12/11/2015 | called client after my run. She did not call Deb, got tied up at work. Called US Auto. He will do nothing without seeing paper from court. Advise client that the notice from court should be in the mail. I have email copy. offered to email docs to her later. | W.J.B. | .10 | $30.00 |
| 12/11/2015 | download notice of bk filing and notice of cred meeting. email to client; text to confirm message sent. | W.J.B. | .30 | No Charge |
| 12/30/2015 | POC Porania LLC | D.G.E. | .10 | No Charge |
| 1/7/2016 | I received corresp. from Ohio Dept of Taxation. The notice states that 2013 state taxes were not filed. I emailed and mailed the notice to client with instructions to call the taxation dept. not our office. | D.G.E. | .40 | $26.00 |
| 1/7/2016 | em from Sarah that she filed her 2014 state tax, she just mailed Peter's. | D.G.E. | .30 | $19.50 |
| 1/12/2016 | check payment status in bankruptcy link; zero | W.J.B. | .20 | $60.00 |
| 1/12/2016 | call client regarding plan payment status; will check H pay stubs and make online payment as needed. Confirmed 341 | W.J.B. | .20 | $60.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 1/13/2016 | travel to and from cred meeting | W.J.B. | 1.40 | $210.00 |
| 1/13/2016 | meeting of creditors | W.J.B. | .50 | $150.00 |
| 1/13/2016 | Travel to and from 341 | W.J.B. | 1.20 | $180.00 |
| 1/13/2016 | meeting of creditors | W.J.B. | 1.10 | $330.00 |
| 1/14/2016 | POC Benjamin Moore | D.G.E. | .10 | No Charge |
| 1/15/2016 | Per clients request fax sent to US Auto Credit: Fax 440-988-4484 attn: Ben Gray; Notice of filing | D.G.E. | .40 | $26.00 |
| 1/27/2016 | email to Phil Lamos regarding resolution of trustee objection | W.J.B. | .10 | $30.00 |
| 1/28/2016 | POC Sprint Corp | D.G.E. | .10 | No Charge |
| 2/4/2016 | POC JPMorgan Chase Bank | D.G.E. | .10 | No Charge |
| 2/5/2016 | POC ACAR leasing LTD d/b/a GM Financial | D.G.E. | .10 | No Charge |
| 2/16/2016 | check trustee website for payment status; no payments made | W.J.B. | .20 | $60.00 |
| 2/16/2016 | call client; advise to make payment to confirm case | W.J.B. | .20 | $60.00 |
| 2/16/2016 | client made payment and sent conf number; text conversation | W.J.B. | .20 | $60.00 |
| 2/16/2016 | travel to and from confirmation hearing | W.J.B. | 1.10 | $165.00 |
| 2/16/2016 | confirmation hearing; trustee has payment will confirm plan by interlineation | W.J.B. | .30 | $90.00 |
| 2/23/2016 | POC Huntington National Bank | D.G.E. | .10 | No Charge |
| 2/26/2016 | scanned Withdraw Document Objection to Confirmation to dropbox | D.G.E. | .10 | No Charge |
| 2/29/2016 | POC MIDLAND CREDIT MANAGEMENT | D.G.E. | .10 | No Charge |
| 3/1/2016 | Notice of Requirement to Complete Course in Financial Management | D.G.E. | .10 | No Charge |
| 3/1/2016 | EM to client that I received notice from the BK Ct that the second credit counseling has not been completed. I attached the Access Counseling information with instructions to complete the course immediately. | D.G.E. | .30 | $21.00 |
| 3/2/2016 | Order Confirming Chapter 13 Plan Signed on 3/2/2016 | D.G.E. | .10 | No Charge |
| 3/8/2016 | prepare application for legal fees | W.J.B. | 1.20 | $360.00 |
| 3/9/2016 | continue fee application | W.J.B. | 1.00 | $300.00 |
| SUBTOTAL: | | | 26.90 | $4,579.50 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 10/29/2015 | Filing Fee | $310.00 |
| 10/29/2015 | Expense online credit counseling | $18.00 |
| 10/29/2015 | Dual source credit report | $53.00 |
| 12/7/2015 | Mailed Filed Suggestion of Bk to Atty David Head (WWR)06CV147527 | $0.49 |
| 12/7/2015 | Mailed Filed Suggestion of Bk to Sunnyside Automotive 15CV100531 | $0.49 |
| 12/10/2015 | Mailed filed suggestion of bk to Credit Accept. Corp | $0.49 |
| 2/16/2016 | parking for conf hearing | $2.00 |
| SUBTOTAL: | | $384.47 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 10/29/2015 | Balance before last invoice | $0.00 |

| | | |
|---|---|---|
| 10/29/2015 | debit fee payment | $(500.00) |
| 3/8/2016 | debit payment for filing costs | $(381.00) |
| 3/9/2016 | Invoice 12162 | $4,963.97 |
| SUBTOTAL: | | $4,082.97 |

**Trust Account**

| | | |
|---|---|---|
| 3/9/2016 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $4,963.97

PREVIOUS BALANCE (CREDIT) $881.00

CURRENT BALANCE DUE AND OWING $4,082.97