Certificate Number: 14912-OHN-DE-030697913

Bankruptcy Case Number: 15-16837


14912-OHN-DE-030697913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2018</u>, at <u>12:52</u> o'clock <u>PM EDT</u>, <u>Sarah Malik</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Ohio</u>.

Date: <u>March 11, 2018</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>